```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA       :

       - v. -                  :       INDICTMENT

CARLOS DONINELLI,              :       07 Cr.

              Defendant.       :

- - - - - - - - - - - - - - - x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: AUG 1 3 2007

07CRIM 752

JUDGE PATTERSON

COUNT ONE

The Grand Jury charges:

On or about July 3, 2007, in the Southern District of New York, CARLOS DONINELLI, the defendant, after having been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, to wit, a conviction on or about July 22, 2004, in New York County Supreme Court, New York, for attempted criminal possession of a controlled substance in the fifth degree, in violation of New York Penal Law Section 220.06, unlawfully, willfully, and knowingly, did possess in and affecting commerce, two firearms, to wit, a black Colt .38 caliber revolver and a Criterion Die & Metal .22 caliber revolver, which previously had been shipped and transported in interstate commerce.

(Title 18, United States Code, Section 922(g)(1).)


_____          _____
FOREPERSON                        MICHAEL J. GARCIA
                                  United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

CARLOS DONINELLI,

Defendant.

INDICTMENT

07 Cr.

(18 U.S.C. § 922(g)(1).)

MICHAEL J. GARCIA
United States Attorney.

A TRUE BILL

*Katherine N. Brooks*
Foreperson.

8/13/07: TLC : Post 11/1/87 indictment filed.
A/W ordered. Assigned
to Judge Patterson.

Peck, M.J.