# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

RECEIVED
OCT - 4 2007
CHAMBERS OF
JUDGE ROBERT P. PATTERSON

Leonard F. Joy
*Executive Director*

Southern District of New York
John J. Byrnes
*Attorney-in-Charge*

October 4, 2007

The Honorable Robert P. Patterson
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/9/07

Re: **United States v. Carlos Doninelli**
    07 Cr. 752 (RPP)

Dear Judge Patterson:

    I write to request a brief extension of time to file motions in the above-captioned case. The Government consents to this request.

    At the initial conference in this matter, the Court set tomorrow, October 5, 2007 as the deadline for any defense motions. The only motion the defense is considering filing is a motion to suppress evidence obtained as the result of a search of Mr. Doninelli's vehicle. Due to the press of other business, I have not yet had an adequate opportunity to discuss the details of the search with Mr. Doninelli. For this reason, I request a one-week extension of time until Friday, October 12, 2007, to file any motions.

    Mr. Doninelli consents to an exclusion of time under the Speedy Trial Act until the next conference, currently scheduled for October 23, 2007. The additional time is necessary to allow Mr. Doninelli and counsel to review the discovery materials and determine if any motions are appropriate. The need for additional time serves the interest of justice and outweighs the needs of the defendant and the public in a speedy trial.

Respectfully submitted,

David Patton
Attorney for Mr. Doninelli
Tel.: (212) 417-8762

cc: A.U.S.A Antonia Apps, Esq.

*SEE TYPEWRITTEN MEMO
ENDORSEMENT ATTACHED*

SO ORDERED: _____
The Honorable Robert P. Patterson

**MEMO ENDORSED**

[Handwritten endorsement: Application granted. Time to file motions is extended until 10/12/07. The speedy trial act is waived until 10/23/07. SO ORDERED. Robert P. Patterson USDJ 10/6/07]

TOTAL P.002

Case:      United States v. Carlos Doninelli
Index No.  07 Cr. 752 (RPP)

MEMO ENDORSEMENT READS:

*Application granted. Time is extended under the Speedy Trial Act until 10/12/07.*

*So ordered.*

*Robert P. Patterson, Jr., U.S.D.J., 10/6/07*