CRIMINAL COURT OF THE CITY OF NEW YORK
COUNTY OF THE BRONX
------------------------------------------------------------------X

IN THE NAME OF THE PEOPLE OF THE STATE
OF NEW YORK

TO ANY POLICE OFFICER OF THE POLICE
DEPARTMENT OF THE CITY OF NEW YORK
------------------------------------------------------------------X

SEARCH WARRANT

07 529

      **YOU ARE HEREBY** authorized and directed to search between the hours of 6:00 a.m. and 9:00 p.m., the premises at 1680 Crotona Park East, Apartment 1D, clearly marked, Bronx, New York, and to seize the following property: property unlawfully possessed, to wit: crack cocaine, cocaine, heroin and firearms to wit: one silver and 2 black firearms and evidence tending to demonstrate that the premises are utilized for the unlawful possession, packaging and sale of crack cocaine, cocaine, heroin and firearms, to wit: crack cocaine, cocaine, firearms and other drug paraphernalia and evidence tending to establish ownership of the premises and connect persons found therein to the premises, to wit: personal papers and effects.

      This Court hereby specifically determines that adequate grounds exist for authorizing any executing police officer to enter the premises to be searched without giving notice of his authority or purpose.

      This warrant must be executed not more than ten (10) days after the date of its issuance and any property seized pursuant hereto shall be returned and delivered to the Court without unnecessary delay.

Dated: June 29, 2007
      Bronx, New York

@ 2:57 pm

_____
Justice of the Supreme Court
HON. DIANE KIESEL

Court rpt+ Ebony Paez

00017