

# Consent to Search

I _Carlos L Doninelli_ give consent to members of The New York City Police Department to search the ~~premises~~ vehicles DT located at _Opposite 1680 Crotona Park East_ which are under my control and I have authority to do so. I understand the purpose and authority of the search and I wish to cooperate with the New York City Police Department. At no time has anyone threatened me with harm or coercion to submit to this search..

Printed _Carlos L Doninel_ Signed _[signature]_ Date _07/03/07_
Witnessed by _PO Sepulveda_ Date _07/03/07_
Witnessed by _PO Terrell_ Date _07/03/07_

00018