# MEMO ENDORSED



U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*



October 17, 2007

**BY FACSIMILE**

The Honorable Robert P. Patterson
United States District Judge
Southern District of New York
Foley Square
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10-18-07
```

    Re: *United States v. Carlos Doninelli,*
        07 Cr. 752 (RPP)

Dear Judge Patterson:

    The Government respectfully requests a one week extension, namely to October 26, 2007, to file a response to the defendant's motion to suppress filed in the above-captioned case on October 12, 2007. I have conferred with defense counsel, and he has no objection to this extension.

    The Government also respectfully requests that the conference now scheduled for October 23, 3007 be adjourned until after the Government has responded to the defendant's motion. Defense counsel also consents to this request.

    Finally, the Government respectfully requests that time be excluded under the Speedy Trial Act, 18 U.S.C. §§ 3161 et seq., until such time as the next conference is scheduled, in order to allow the Government to respond to the defendant's motion. Defense counsel has consented to the Government's request for the exclusion of time.

*Application granted in part.*
*Response to defendant's motion to suppress*
*by 10/25/07. Argument 10/26/07 at*
*2 PM. So ordered.*
*[signature] RPP USDJ*
*10/17/07*

The Honorable Robert P. Patterson
October 17, 2007
Page 2

                          Respectfully submitted,

                          MICHAEL J. GARCIA
                          United States Attorney

            By: _____
                          Antonia M. Apps
                          Assistant United States Attorney
                          (212) 637-2198 (phone)
                          (212) 637-2527 (fax)

cc: David Patton, Esq.