# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Leonard F. Joy
*Executive Director*

Southern District of New York
John J. Byrnes
*Attorney in Charge*

**MEMO ENDORSED** October 18, 2007

The Honorable Robert P. Patterson
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007



RECEIVED
OCT 18 2007
CHAMBERS OF
JUDGE ROBERT P. PATTERSON

Re: **United States v. Carlos Doninelli,** 07 Cr. 752 (RPP)

Dear Judge Patterson:

Yesterday, the Government requested, and the defendant consented to, an extension of time to file its response to Mr. Doninelli's motion to suppress and an adjournment of the conference set for October 23, 2007. The Court granted the request and set a new conference date for October 26, 2007.

I will be out of town on October 25 and 26, 2007 and request that the Court set the matter down for a different date. In addition, as it seems likely that there will be factual disputes that will need to be resolved by hearing, I respectfully suggest that the Court set a date for a hearing rather than a conference. I have spoken with Assistant United States Attorney Antonia Apps and both parties are available for a hearing during the week of November 12, 2007. Ms. Apps has a trial scheduled for the week of November 5, 2007, and she requests that the hearing not be held before that time.

Respectfully submitted,

David Patton
Attorney for Mr. Doninelli
(212) 417-8762

cc: Assistant U.S. Attorney Antonia Apps

*application granted. A hearing on the defendant's motion will be held on November 14, 2007 at 9:30 AM. So ordered.*

*Robert P. Patterson USDJ*
*10/18/07*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/18/07