


RECEIVED NOV 13 2007 CHAMBERS OF JUDGE ROBERT P. PATTERSON

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

# MEMO ENDORSED

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

November 13, 2007

**BY FACSIMILE**

The Honorable Robert P. Paterson
United States District Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 2510
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/14/07

Re: **United States v. Carlos Doninelli**
    07 Cr. 752 (RPP)

Dear Judge Patterson:

The Government has been informed that the suppression hearing scheduled for tomorrow in the above-captioned case cannot proceed tomorrow. The Government respectfully requests that the Court adjourn the hearing until Monday, November 26, 2007, at 10:30 a.m. The Government has conferred with defense counsel and defense counsel has agreed to this date.

The Government also respectfully requests that time be excluded under the Speedy Trial Act, 18 U.S.C. §§ 3161 et seq., until November 26, 2007. Defense counsel has consented to the Government's request for the exclusion of time.

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney

By: _____
Antonia M. Apps
Assistant United States Attorney
(212) 637-2198 (phone)
(212) 637-2527 (fax)

cc: David Patton, Esq.

*Application granted*
*So ordered*
*Robert P. Patterson, U.S.D.J.*
*11/13/07*

TOTAL P.02