UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA          :

      - v. -                    :

CARLOS DONINELLI,                 :

           Defendant.         :

- - - - - - - - - - - - - - - - x

INFORMATION

S1 07 Cr. 752 (RPP)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: NOV 2 6 2007

## COUNT ONE

The United States Attorney charges:

1. On or about July 3, 2007, in the Southern District of New York, CARLOS DONINELLI, the defendant, after having been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, to wit, a conviction on or about July 22, 2004, in New York Supreme Court, New York County, for attempted criminal possession of a controlled substance in the fifth degree, in violation of New York Penal Law 220.06, unlawfully, willfully, and knowingly, did possess in and affecting commerce, firearms, to wit, a black Colt .38 caliber revolver and a Criterion Die & Metal .22 caliber revolver, which previously had been shipped and transported in interstate commerce.

(Title 18, United States Code, Section 922(g)(1).)

## COUNT TWO

2. On or about July 3, 2007, in the Southern District of New York, CARLOS DONINELLI, the defendant, unlawfully, willfully, and knowingly, did distribute and possess with

intent to distribute, a controlled substance, to wit, approximately 5 grams and more of mixtures and substances containing a detectable amount of cocaine base, in a form commonly known as "crack."

    (Title 21, United States Code, Sections 812, 841(a)(1) and 841(b)(1)(B).)


                                    MICHAEL J. GARCIA
                                    United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

CARLOS DONINELLI,

Defendant.

**INFORMATION**

S1 07 Cr. 752 (RPP)

(18 U.S.C. § 922(g)(1),
21 U.S.C. § 812, 841(a)(1),
841(b)(1)(B).)


MICHAEL J. GARCIA
United States Attorney.

**A TRUE BILL**

11/26/07 - Deft. produced by US Marshals, present w/ attorney Patton. AUSA Apps present. Deft. is arraigned on this information + enters a plea of guilty. Allocution conducted, Court accepts plea, PSR is ordered + sentence is set for 2/26/08 at 4pm. The Deft. is continued remanded.

Patterson, J.